# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

Lonnie J. McCrady

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Deputy Shaun Connor
Tim Coleman
Gary Logsdon
Judge Ronnie Dorten
James Maple

_____

(Full name of the Defendant(s) in this action)

3:14CV-716-R

CIVIL ACTION NO. _____
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A)  **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: Lonnie J. McCrady

Place of Confinement: Hart County Detention Center

Address: P.O. Box 670, Mundfordville, KY 42765

Status of Plaintiff:  CONVICTED ( )   PRETRIAL DETAINEE (X)

(2)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

(B)  **Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant  Shaun  Connор  is employed

as  Deputy  at  Edmondson County Sheriff's office

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2)  Defendant  Tim Coleman  is employed

as Commonwealth's Attorney at  Edmondson County Courthouse

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3)  Defendant  Gary Hogsdon  is employed

as  Attorney  at  his private pratice  .

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4)  Defendant  Ronnie Dortch  is employed

as  Judge  at  Edmondson Circuit Court

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

2

(5) Defendant _James Maple_ is employed
as _Attorney_ at _his private pratice_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

## II.     PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):     _____

_____

Defendant(s):  _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

(6) Defendant James Wallace Wolfe
is employed As - LLC owner Tree Service + Farmer
The Defendant is being sued in his _X_ individual
And or _X_ official Capacity

Previous Law Suite
            ( NO )

## IV.　RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

  __X__ award money damages in the amount of $ ___5,000,000___

  __X__ grant injunctive relief by ___release from custody___

  __X__ award punitive damages in the amount of $ ___100,000,000___

  __X__ other: ___Apology for false imprisonment___

## V.　DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __21__ day of __October_____, 20__14__.

_Lonnie James McCrady_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 8-17-2012 I was arrested at 920 B Kentucky St. Bowling Green, Ky on a warrant, warrant number E03110001359934, for Robbery 1st degree, and Murder 1st degree. I have been detained on these charges every since.

Deputy Shaune Conor fabericated evidence against me, after he committed the crimes of Robbery 1st, Murder 1st to cover up his actions of committing these crimes, causing me to be falsely arrested and falsely imprisoned.

Commonwealth Attorney Jim Coleman, knows that I've not committed the crimes I'm charge with, and even after filling motion for fast and speedy trial, he Refused, and still has not given me a trial by my peers, and

4

## III. STATEMENT OF CLAIM(S) continued

I have been detained in jail since 8/17/2012, I am being falsely imprisoned because of his actions of denying me trial by a jury of peers.

Judge Ronne Dortch, has denied me a fast and speed trial, and has also denied me my right to have a trial by a jury of my peers, causing me to be falsely imprisoned since 8/17/2012.

Attorney Gary Logsdon, came into my place of confinement and falsely represented himself to me to entrap me into talking and conversating to him about my case, violating my constitutional rights, by entrapping me into an conversation without my lawyer present.

Attorney James Maple, was my attorney, he falsefied papers, under false pretense, that was Notarized

5

and stole money ($20,000) twenty thousand cash and tried to steal my house by falsefying papers, that I had to go to K.B.A. to keep him from stealing my house. He also misrepesented me causing my false imprisonment to carrying on this since 8/17/12, instead of giving me a proper defense.

These defendants have violated my constitutional rights, to a fair trial to prove my innocence, and have caused to be falsely imprisoned since 8/17/2012. Several of the defendants have committed fraud against my person violating my constitutional and civil rights and this is the reason for my civil case against said defendants.

(6)

James Wallace Wolfe
Fabracited The Story He Told And I
do belive he And Deputy Shaun Connor
Are Fabraciting The whole Thing To
Cover up A Sex, Drug, Theift Ring
Oprating IN Edmondson, Butler, Warren
+ Grayson Counties And As Mr James W.
wolfe Has Caused me To be Falsely
Imprisoned because of his actions
of Fabericated Stories of Events, And
Fabericated Stories of Euidience.
Mr wolfe had Contracted to Sell
Hydrocodne pills 180 And morphine 60
Pills on The 20th August. 2014
Mr wolfe Had Also Sold me A Stolen
Boat + A stolen 4-wheelek And A Traylor
Stoled From vermeer South Central
New porter pike B.G. Ky.

(7)